UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2010 DEC -7 PM 2: 28

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Ernesto Ramos-Avina,<br><br>　　　　　　　Defendant. | CASE NO. 10-cr-01587-JAH-1<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of the Indictment/Information: 8:1326(a) - Deported Alien Found in the United States

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/28/10

_____
John A. Houston
UNITED STATES DISTRICT JUDGE